IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIANCE OF NONPROFITS FOR INSURANCE RISK RETENTION GROUP, INC., Plaintiff | : : : : | CIVIL ACTION |
| v. | : : | NO. 16-6086 |
| LIBERTY MUTUAL INSURANCE COMPANY, Defendant | : : | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, LIBERTY MUTUAL INSURANCE COMPANY

The undersigned counsel for defendant, Liberty Mutual Insurance Company, certifies that this party is a non-governmental corporate party and that this party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

POST & SCHELL, P.C.

Date: 12/08/16    By   s/John C. Sullivan
John C. Sullivan
Atty. I.D. No. 32262
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103
Phone:  (215) 587-1000
Fax:  (215) 587-1444
E-mail:  jsullivan@postschell.com
Attorneys for Defendant,
Liberty Mutual Insurance Company

## **CERTIFICATE OF SERVICE**

John C. Sullivan, attorney for defendant, Liberty Mutual Insurance Company, certifies that on this 8th day of December 2016, he caused the attached Corporate Disclosure Statement to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

                                                  s/John C. Sullivan
                                                  John C. Sullivan