**APPENDIX G**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

ALLIANCE OF NONPROFITS FOR INSURANCE
RISK RETENTION GROUP, INC., PLAINTIFF
    V.
LIBERTY MUTUAL INSURANCE COMPANY,
    DEFENDANT

Civil Action
No: 2:16-cv-06086-CMR

FILED
DEC 20 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

### DISCLOSURE STATEMENT FORM

Please check one box:

[X]  The nongovernmental corporate party, Alliance of Nonprofits for Insurance Risk Retention Group, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

December 15, 2016                   /s/ [signature]
Date                                 Signature

Counsel for: Plaintiff Alliance of Nonprofits for Insurance Risk Retention Group, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.